THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY and THE NEW YORK AND HARLEM RAILROAD COMPANY and 290 PARK AVENUE, INC., Appellants, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of F. H. T. HOLDING CORPORATION, Appellant, against HARRIS H. MURDOCK and Others, as Members and Together Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Assignment for the Benefit of Creditors of MOHAWK PRESS, INC., to GEORGE W. JARY, Assignee, Appellant. GEORGE W. RIIS and CHARLES W. BONNER, Copartners Doing Business as RIIS & BONNER, Respondents.— Decree unanimously reversed, with costs to the appellant, and power of assignee to conduct the business to the date of the final account granted as of April 8, 1932, and the final and supplemental accounts confirmed to the extent indicated in order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MICHAEL PAVLOVICH KOSOLAPOFF, Appellant, v. PETROGRADSKY MEJDUN-ARODNY KOMMERCHESKY BANK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CAROLYN BUGE, Respondent, v. YELLOW MANUFACTURING CREDIT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERMAN WANGROW, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— The policy contains no provision and no custom is established by the evidence which made the mailing of a check payment of the premium in accordance with the terms of the policy. Such custom may be established on a new trial. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BIAGIO AMALFI, Respondent, v. POST & MCCORD and HEGEMAN-HARRIS Co., INC., Appellants, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GLENS FALLS INDEMNITY COMPANY, Respondent, v. CORTLANDT PICTURES CORPORATION, Formerly TIFFANY PRODUCTIONS, INC., and Others, Defendants, Impleaded with AMITY PICTURES CORPORATION, LTD., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSA FEBBRAIO, as Administratrix, etc., of GABRIEL FEBBRAIO, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.